NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  16-50308 |
| Plaintiff-Appellee, | D.C. No. 2:14-cr-00234-GW-1 |
| v. | |
| EUCHARIA IFEYINWA OKEKE, AKA UK, | **MEMORANDUM**[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
George H. Wu, District Judge, Presiding

Submitted November 17, 2017[**]
Pasadena, California

Before:  **KOZINSKI** and **IKUTA**, Circuit Judges, and **GETTLEMAN**,[***]
District Judge.

---

[*]       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]       The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

[***]       The Honorable Robert W. Gettleman, United States District Judge for the Northern District of Illinois, sitting by designation.

**1.** The district court wasn't "put on notice" that Okeke has any difficulty understanding English. <u>See</u> <u>United States</u> v. <u>Si</u>, 333 F.3d 1041, 1044 (9th Cir. 2003). Nor does the record indicate that Okeke has difficulty understanding English. Therefore the district court didn't err by failing to appoint an interpreter.

**2.** As a general rule, we don't review ineffective assistance of counsel claims on direct appeal, and no exception to that rule applies here. <u>See</u> <u>United States</u> v. <u>Benford</u>, 574 F.3d 1228, 1231 (9th Cir. 2009).

**3.** We dismiss the sentencing portion of Okeke's appeal because she knowingly and voluntarily waived her right to appeal her sentence. <u>See</u> <u>United States</u> v. <u>Lococo</u>, 514 F.3d 860, 866 (9th Cir. 2008) (per curiam).

**AFFIRMED IN PART, DISMISSED IN PART.**